UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HARVEY R. GRIEF, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-217 |
| | § | |
| THOR INDUSTRIES, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PARTIAL DISMISSAL

On August 30, 2016, the Harvey R. Grief filed a Notice of Voluntary Dismissal Without Prejudice (Dkt. 6) pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against Thor Industries, Inc. in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

SIGNED at Galveston, Texas, this 31st day of August, 2016.

_____
George C. Hanks Jr.
United States District Judge